U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Nagena Edmond | : | |
| | : | Bankruptcy Case No.: 19-17527AMC |
| | : | |

ORDER

AND NOW, this <u>16th</u> day of <u>December</u>, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before <u>January 6, 2020</u>, ~~2019~~

_____
Judge Ashely M. Chan