**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
NAGENA  EDMOND

Chapter 13

Debtor

**Bankruptcy No.** 19-17527-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____  
Ashely M. Chan  
Bankruptcy Judge

Dated: July 7, 2020

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
NAGENA  EDMOND

1102 ROSALIE STREET

PHILADELPHIA, PA 19149-